UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF FLORIDA,
PENSACOLA DIVISION

TYRONNE ADAMS, SR. and
LAKISHA A. ADAMS, parents and
natural guardians of T.A. Jr., and
T.A., minors,

        Plaintiffs,               Case No. 3:16cv178-MCR/EMT

v.

OKALOOSA COUNTY SCHOOL
DISTRICT AND MARY BETH
JACKSON, SUPERINTENDENT OF
SCHOOLS, IN HER OFFICIAL
CAPACITY,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

**COME NOW**, Plaintiffs, TYRONNE ADAMS, SR. and LAKISHA A. ADAMS, parents and guardians of T.A. Jr., and T.A., minors through Plaintiffs' counsel and Defendant OKALOOSA COUNTY SCHOOL DISTRICT[1], through Defendant's counsel and notify the Court that the Parties have reached a settlement of all pending claims and state as follows:

---

[1] On September 25, 2017, the Court dismissed the claim asserted against Mary Beth Jackson, Superintendent, in her official capacity.

1. On March 3, 2018 the Parties participated in person and were represented by their respective counsels in a mediation conducted in Richmond, Virginia. Honorable Leroy Millette, Jr. (Ret.), served as mediator.

2. The Parties reached a settlement of all currently pending claims.

3. The Parties request that the Court continue to exercise jurisdiction over this matter for the next forty-five (45) days pending Okaloosa County School District's Board approval of the settlement, the Parties' execution of a comprehensive Settlement and Release Agreement and the satisfaction of the terms of Settlement and Release Agreement so that Plaintiffs' counsel may file a Voluntary Dismissal of the pending claims with Prejudice.

**WHEREFORE**, the Parties notify the Court of the foregoing and respectfully request the Court's approval.

Dated this 12th day of March, 2018.

Fred H. Flowers
Florida Bar No.: 0317837
fflow@flowerslawllc.com
Flowers Law, LLC
2073 Summit Lake Dr., Ste. 151
Tallahassee, Florida 32317
(850) 681-2303

Attorney for Plaintiffs

Robert E. Larkin, III
Florida Bar No.: 0160814
rlarkin@anblaw.com
J. Wes Gay
Florida Bar No. 0104743
wgay@anblaw.com
Avery McKnight
Florida Bar No. 0974633
amcknight@anblaw.com
ALLEN, NORTON & BLUE, P.A.
906 North Monroe Street

Tallahassee, Florida 32303
(850) 561-3503
(850) 561-0332 Fax

Attorneys for Defendants