UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LAKISHA ADAMS, et al.,**

    **Plaintiffs,**

v.                                             CASE NO. 3:16cv178-MCR-EMT

**OKALOOSA COUNTY SCHOOL DISTRICT,**

    **Defendant.**

_____/

## **ORDER**

The Court has been informed that the parties have reached a settlement of all pending claims in this case. The parties request that the Court retain jurisdiction for a period of 45 days pending approval of the settlement by the Okaloosa County School District's Board, the execution of a settlement agreement, and satisfaction of the terms so that Plaintiffs can ultimately file of a voluntary dismissal with prejudice.[1] The Court finds that a stay in light of the settlement is appropriate. In addition, the docket reflects that the case was brought on behalf of two minor children. If the settlement involves individuals who are currently minors, the parties

---

[1] Plaintiff is reminded that a voluntary dismissal at this stage would require either a stipulation signed by all parties or a court order. *See* Fed. R. Civ. P. 41(a).

must so advise the Court and seek court approval of the settlement of any minor's claim. *See* Fla. Stat. § 744.387(3)(a).

Accordingly, all proceedings in this case are **STAYED** for a period of forty-five (45) days to allow the parties to finalize the settlement. The pretrial conference and trial date will be removed from the Court's calendar. Plaintiffs are directed to notify the Court as to whether the settlement involves a minor by filing either a motion to approve the minor's settlement or dismissal papers within 45 days.

**DONE and ORDERED** on this 13th day of March 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**