IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| TYRONE ADAMS, SR. and LAKISHA A. ADAMS, parents and natural guardians of T. A., JR., and T. A., minors,<br>    Plaintiffs,<br><br>V.<br><br>OKALOOSA COUNTY SCHOOL DISTRICT,<br>    Defendants. | CIVIL ACTION<br><br>CASE NO:<br>3:16-CV-00178-MCR-EMT |

## MOTION TO APPROVE SETTLEMENT OF MINOR, T. A. ADAMS

Plaintiffs file this Motion to Approve Settlement of a Minor as follows:

1.

This case is a racial discrimination case under Title VI of the Civil Rights Act of 1964 and §1983.

The Date of birth of T. A., is February 8, 2001. The Date of birth of T. A., Jr., is August 3, 1999. T. A. Jr., is no longer a minor, is 18 years old and of age and is not included in this Motion. T. A., who is the subject of this Motion is now 17 years old.

2.

Plaintiffs Tyrone Adams, Sr., and Lakisha Adams are the natural father and mother of T. A.

3.

In their Complaint, Plaintiffs alleged that they were subjected to a racially hostile environment that deprived them of access to educational benefits and opportunities.

4.

Defendant has denied and continued to deny all allegations against it. Among other things, Defendant contends that reported incidents were sporadic and episodic, and because there were no repeat offenders and no evidence of conspiracy among students, the Plaintiffs were not repeatedly victims of student-on-student or teacher-on-student racial harassment.

5.

Plaintiffs and Defendant have reached a settlement agreement, subject to the approval of the Court as it relates to the minor child.

6.

Due to the liability issues, the anticipated additional out-of-pocket expenses and the risks and uncertainty of obtaining a favorable verdict at the trial of the case,

Plaintiffs have agreed to a settlement with Defendant, pending this Court's approval of the minor's portion of the settlement.

7.

Plaintiffs are willing to settle all claims against Defendant as set forth in the Mediation Agreement, Exhibit 1 attached hereto. The verified consent of the natural guardians and plaintiffs of the minor child is attached hereto as Exhibit 2.

8.

The Plaintiffs have been represented in this matter by the law firm of Flowers Law, LLC. True and correct copies of the Contract for Representation and Fee Agreement are attached hereto as Exhibit 3. Under this contract, Flowers Law, LLC, is to be paid a contingency free of forty (40%) of the gross amount of any settlement obtained.

9.

Under the contract, the clients also agreed to be responsible for case-related expenses incurred in the prosecution of this case.

10.

Defendant has denied and continued to deny all allegations against it.

11.

Due to the liability issues, the anticipated additional out-of-pocket expenses

and the risks and uncertainty of obtaining a favorable verdict at the trial of the case, Plaintiffs have agreed to a settlement with Defendant, pending this Court's approval of the minor's portion of the settlement.

12.

Listed are the case expenses incurred in the investigation and prosecution of this matter. The Flowers Law, LLC incurred $3,645.82 in expenses as follows:

| | |
|---|---|
| Mediation Experts | $1,500.00 |
| Process Service | $ 165.00 |
| Depositions | $1,143.40 |
| Court Filing | $ 400.00 |
| Copies/Records | $ 21.50 |
| Postage/UPS | $ 22.95 |
| Meals | $ 30.00 |
| Travel | $ 363.00 |
| Total | $ 3,645.85 (1/2 = 1,822.92) |

The natural parents, Tyrone Adams, Sr. and Lakisha Adams, incurred $12,800.00 in expenses as follows:

| | |
|---|---|
| Experts Witness Appearance fee | $ 800.00 |
| Travel (transportation) | $ 4,950.00 |
| Travel (hotel) | $ 2,250.00 |
| Housing Costs (6 months) due to having to move out of Florida. This is cost incurred in renting a house in VA until their VA home was vacated by renter. | $ 4,800.00 |
| Total | $ 12,800.00 (1/2 = $6,400.00) |

Each of the Plaintiffs' children is assessed one-half of these expenses; which is $8,222.92 for the minor child.

4

Expenses for parental care, management of litigation and psychological care and management of the minor during very difficult times while in the Okaloosa County School District and the move out of Florida:

| | |
|---|---|
| Tyronne Adams Sr. | $25,000.00 |
| Lakisha Adams | $25,000.00 |
| Total | $50,000.00 |

The total case expense for the minor child totals $58,222.92.

13.

Plaintiffs believe and agree that the attorney's fees and expenses to be reasonable under the circumstances.

14.

Given the risks and uncertainties of a trial, Plaintiffs believe that the settlement is a fair, reasonable and just compromise. Furthermore, counsel for Defendant, while denying all liability, believes that the settlement is a fair, reasonable and just compromise.

15.

Plaintiffs request that the Court approve the settlement on the terms stated herein and enter the proposed Final Order attached hereto as Exhibit 3.

16.

Plaintiffs seek an Order of this Court approving the settlement and allocations, as described above, authorizing Plaintiffs to settle the case for the terms

5

stated herein and to pay the attorneys' fees and expenses from the gross settlement proceeds, and ordering and directing the net settlement funds to be paid to the minor's Guardians as part of the Guardianship for the minor child.

17.

Plaintiffs' counsel has been authorized to represent to the Court that Defendant consents to and does not object to this Motion.

WHEREFORE, Plaintiffs request that this Court issue the Order attached as Exhibit 4 approving the settlement and allocations and authorizing Plaintiffs to execute any and all agreements, receipts, releases, and other documents necessary or proper to effect said settlement.

RESPECTFULLY SUBMITTED this 1st day of May 2018.

_____
Fred H. Flowers
Attorney for Plaintiffs
FL Bar No.: 0317837
FLOWERS LAW, LLC
2073 Summit Lake Drive, Ste. 151
Tallahassee, FL 32317
Tele:(850)681-2303 Fax:(850) 24-6727
fflow@flowerslawllc.com

6

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the forgoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(d)

This  1st  day of May 2018.

_____
Fred H. Flowers
Attorney for Plaintiffs
FL Bar No.: 0317837
FLOWERS LAW, LLC
2073 Summit Lake Drive, Ste. 151
Tallahassee, FL   32317
Tele:(850)681-2303 Fax:(850) 24-6727
fflow@flowerslawllc.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing pleading with the Clerk of the Court using CM/ECF which will automatically send email notification of such filing to all counsel of record

Respectfully submitted this  1st  day of May 2018.

_____
Fred H. Flowers
Attorney for Plaintiffs
FL Bar No.: 0317837
FLOWERS LAW, LLC
2073 Summit Lake Drive, Ste. 151
Tallahassee, FL   32317
Tele:(850)681-2303   Fax:(850) 24-6727
fflow@flowerslawllc.com