UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LAKISHA ADAMS,**
**TYRONNE ADAMS, SR,**

    Plaintiff,

v.                                           Case No.  3:16cv178/MCR/EMT

**OKALOOSA COUNTY SCHOOL**
**DISTRICT,**

    Defendant.
_____/

## ORDER

The parties have resolved this case.  Pending before the Court is a Motion to Approve Settlement of Minor, T.A. Adams, filed by the minor's parents and natural guardians, requesting that the Court approve a settlement of the minor's claim and authorize payment of the settlement funds to the minor's guardians and payment of attorneys' fees and litigation costs.  *See* ECF No. 86.  The proposed settlement is agreed to, and the motion is unopposed.  The Court has fully reviewed the matter and finds that the motion is due to be granted.  The Plaintiffs are the minor's natural parents.  The settlement appears to be fair and reasonable, and the allocations stated in the motion and in the attached consent to minor's settlement appear to be in the in the best interest of the minor.

Accordingly:

1. Plaintiffs' Motion to Approve Settlement of Minor, T.A. Adams, ECF No. 86, is **APPROVED** as follows:

    a. Plaintiffs are authorized to consummate the settlement and execute any and all agreements or other documents on behalf of the minor child, and the parties agree that such agreements, receipts, releases, or other documents will constitute the full, final, and complete settlement of any and all actions, causes of action, claims or demands that the Plaintiffs have against the Defendant.

    b. Payment shall be made to the Plaintiffs, parents and natural guardians of Minor T.A. Adams, to be held for the benefit of the minor child in accordance with the law of Virginia.

    c. Plaintiffs are authorized to pay all attorneys' fees and expenses as shown in the Motion from the gross settlement amount; to accept the net settlement funds on behalf of the Minor T.A. Adams; and to fully comply with all requirements imposed on them as guardians under Virginia law as it relates to the protection, reporting, and use of the minor's funds.

2. The Clerk is directed to close the file based on the parties' settlement.

**DONE and ORDERED** on this 8th day of May 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Case No.  3:16cv178/MCR/EMT